E.D.N.Y.–Bklyn
15-cv-3679
Cogan, J.
Bloom, M.J.

# United States Court of Appeals
FOR THE
## SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 21st day of November, two thousand seventeen.

Present:

> Jon O. Newman,
> José A. Cabranes,
>> *Circuit Judges*,
> Robert N. Chatigny,
>> *District Judge.*[*]

---

Lucio Celli,

> *Plaintiff-Appellant*,

> v.                                                                            17-234

Mr. Richard Cole, in his official and individual capacity, et al.,

> *Defendants-Appellees*.

---

We find that the imposition of a leave-to-file sanction is appropriate, in light of Appellant's litigation history.

By order filed November 1, 2017, this Court directed Appellant to show cause why a leave-to-file sanction should not be imposed.  *See* 2d Cir. 17-234, doc. 80.  Appellant timely responded to the order to show cause.  Upon due consideration, because Appellant has failed to show cause why a leave-to-file sanction should not be imposed, it is hereby ORDERED that the Clerk of the Court

---

[*] Judge Robert N. Chatingy, of the United States District Court for the District of Connecticut, sitting by designation.

refuse to accept for filing from the Appellant any future appeal, motion, or other papers unless he first obtains leave of the Court.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court

2