# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 12th day of January, two thousand and eighteen.

Before: José A. Cabranes,
      *Circuit Judge.*

_____

Lucio Celli,

      Plaintiff - Appellant,

v.

Mr. Richard Cole, in his official and individual capacity,
Ms. Anne Bernard, in her official and individual capacity,
New York City Department of Education,
Grismaldy Laboy-Wilson, in her official and individual capacity,
Courtenaye Jackson-Chase, Esq., in her official and individual capacity,
Ms. Susan Mandel, Esq., in her official and individual capacity,

      Defendants - Appellees.

_____

**ORDER**

Docket No. 17-234

Appellant moves for leave to file a petition for rehearing or rehearing en banc.

IT IS HEREBY ORDERED that the motion is DENIED.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

