# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 10th day of December, two thousand twenty-one,

Lucio Celli,

        Plaintiff - Appellant,

v.

Mr. Richard Cole, in his official and individual capacity,
Ms. Anne Bernard, in her official and individual capacity,
New York City Department of Education,
Grismaldy Laboy-Wilson, in her official and individual capacity,
Courtenaye Jackson-Chase, Esq., in her official and individual capacity,
Ms. Susan Mandel, Esq., in her official and individual capacity,

        Defendants - Appellees.

**ORDER**
Docket No. 17-234

Appellant's Lucio Celli submission of a motion for transfer complaint and collect taxes and sanctions with answer and a motion for access to the court do not comply with the Court's prescribed filing requirements. Despite due notice, the defect has not been cured.

IT IS HEREBY ORDERED that the said motion for transfer complaint and collect taxes and sanctions with answer and a motion for access to the court is stricken from the docket.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

